**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000248**
**23-MAY-2018**
**08:09 AM**

NO. CAAP-17-0000248

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATE-HOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2007-15CB, MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-15CB,
Plaintiff-Appellee, v. GALILEE MARAEA LANIAKEA CHEE,
Defendant-Appellant, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A.,
Defendants-Appellees, and JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE
ENTITIES 1-20; and DOE GOVERNMENTAL UNITS 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1343)

ORDER DENYING MOTION TO OBJECT
(By: Fujise, Presiding Judge, Leonard and Chan)

Upon consideration of Defendant-Appellant Galilee

Maraea Laniakea Chee's ("Chee") Motion to Object ("motion") filed

herein on May 18, 2018, which this court construes as a second

motion for reconsideration, Chee's additional filing on May 21,

2018, and the records and files herein, pursuant to Hawai'i Rules of Appellate Procedure Rule 40(e), said motion is denied.

DATED: Honolulu, Hawai'i, May 23, 2018.

On the motion:

Galilee Maraea Laniakea Chee,
Defendant-Appellant, *Pro Se*.

Presiding Judge

Associate Judge

Associate Judge

2